UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| DANIELLE BRANAM, | ) |
| Plaintiff, | ) |
| v. | ) CIV. NO. 1:23-cv-00275-TRM-CRW |
| MARTIN O'MALLEY,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b) and standing orders of the court. Plaintiff's counsel filed a Motion for Attorney Fees [Doc. 18] pursuant to the Equal Access to Justice Act ("EAJA") on July 23, 2024. In the Motion, Plaintiff requests an award of $6,500.00 to be paid directly to her attorney.[1] The Motion further states that Plaintiff's counsel has conferred with counsel for the Commissioner, and the Commissioner does not oppose the requested fee. Additionally, the parties previously filed a Joint Stipulation for Attorney Fees Pursuant to the EAJA [Doc. 17] in which they agreed that an award of attorney fees and expenses in the amount of $6,500.00 is appropriate and would serve to fully satisfy all claims Plaintiff has under the EAJA in this action.

After reviewing the record in conjunction with Plaintiff's motion and the parties' stipulation, the undersigned **RECOMMENDS** that the District Court **APPROVE** the parties' stipulation and **GRANT** Plaintiff an award of attorney fees pursuant to the EAJA in the amount of $6,500.00 in accordance with 28 U.S.C. § 2412(d). The undersigned further recommends that the

---

[1] Plaintiff's counsel expended 34.3 hours of attorney time and 4.0 hours of paralegal time during the course of this litigation and initially requested $8,921.26. [Doc. 18, p. 4-5]. Plaintiff's counsel advises that his request of $6,500.00 is the result of a compromise with the Commissioner. *Id.* at 5. Plaintiff's current request of $6,500.00 appears to equate to an hourly rate of $172.89 for attorney time, which is an amount well within that which has previously been approved by the Court. *See Rogers v. Comm'r of Soc. Sec.*, No. 4:20-CV-8, 2021 WL 2650345 (E.D. Tenn. June 28, 2021).

District Court **ORDER** that, in accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fee is payable to Plaintiff as the litigant and may be subject to offset to satisfy any pre-existing debt the litigant may owe to the United States, and that, if Plaintiff owes no debt to the United States, then the payment of EAJA fees can be made to Plaintiff's counsel to the extent that Plaintiff and Plaintiff's counsel have executed a valid fee assignment.[2]

RESPECTFULLY SUBMITTED,

/s/Cynthia Richardson Wyrick
United States Magistrate Judge

---

[2] Objections to this Report and Recommendation must be filed within 14 days after service of this recommended disposition on the objecting party. 28 U.S.C. 636(b)(1); Fed. R. Civ. P. 72(b)(2). Such objections must conform to the requirements of Fed. R. Civ. P. 72(b). Failure to file objections within the time specified waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140 (1985). The district court need not provide de novo review where objections to this report and recommendation are frivolous, conclusive, or general. *Mira v. Marshall*, 806 F.2d 636 (6th Cir. 1986). Only specific objections are reserved for appellate review. *Smith v. Detroit Federation of Teachers*, 829 F.2d 1370 (6th Cir. 1987).