# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| DANIELLE BRANAM, | ) | |
| | ) | Case No. 1:23-cv-275 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Cynthia R. Wyrick |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

On July 23, 2024, United States Magistrate Judge Cynthia R. Wyrick filed her Report and Recommendation (Doc. 19) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Wyrick recommended that Plaintiff's motion for attorney's fees and expenses (Doc. 18) be granted. (Doc. 19.)

Defendant had fourteen days to file any objections but has not done so. The Court has reviewed the Report and Recommendation, as well as the record, and it agrees with Magistrate Judge Wyrick's well-reasoned conclusions.

Accordingly:

- The Court **ACCEPTS AND ADOPTS** Magistrate Judge Wyrick's report and recommendation (Doc. 19).

- Plaintiff's motion for attorney's fees and costs (Doc. 18) is **GRANTED**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**