UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DANIELLE BRANAM, ) | |
| ) | Case No. 1:23-cv-275 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Cynthia R. Wyrick |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| *Defendant*. ) | |

**ORDER**

On January 28, 2026, United States Magistrate Judge Cynthia R. Wyrick filed her report and recommendation (Doc. 23) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Wyrick recommended that Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b) (Doc. 21) be granted. Neither party has filed an objection to Magistrate Judge Wyrick's report and recommendation.[1] Nevertheless, the Court has conducted a review of the report and recommendation, as well as the record, and it agrees with Magistrate Judge Wyrick's well-reasoned conclusions.

---

[1] Magistrate Judge Wyrick specifically advised the parties that they had fourteen days in which to object to the report and recommendation and that failure to do so would waive any right to appeal. (Doc. 23, at 6 n.2); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148–51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). The period in which the parties could timely file any objections has now expired.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's report and recommendation (Doc. 23). Plaintiff's motion for attorney's fees (Doc. 21) is **GRANTED** in the fee award amount of $16,824.00.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**